DANIEL J. BRODERICK, #89424
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR ANGEL GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-CR-0270 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| OSCAR ANGEL GUTIERREZ, ) | Date: January 16, 2007 |
| ) | Time: 9:00 A.M. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for November 27, 2006, **may be continued to January 16, 2007 at 9:00 a.m.**

The grounds for the continuance are further defense investigation and preparation and to allow the parties additional time for plea negotiation.

///
///
///
///
///
///

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3 3161(h)(8)(B)(i) and (iv).

4                                                  McGREGOR M. SCOTT
5                                                 United States Attorney

6 DATED: November 20, 2006                 By   /s/ Sheila K. Oberto
                                                              SHEILA K. OBERTO
7                                                 Assistant United States Attorney
8                                                 Attorney for Plaintiff

9                                                 DANIEL J. BRODERICK
10                                                 Federal Defender

11 DATED: November 20, 2006                 By  /s/ Melody M. Walcott
12                                                 MELODY M. WALCOTT
                                                              Assistant Federal Defender
13                                                 Attorney for Defendant
                                                OSCAR ANGEL GUTIERREZ

14
15
16                                       **ORDER**

17     **IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
18 3161(h)(8)(B)(i) and (iv).

19
20 IT IS SO ORDERED.

21 **Dated:    November 20, 2006**               **/s/ Anthony W. Ishii**
   0m8i78                                            UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

Stipulation and Proposed Order                                 -2-