1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   MELODY M. WALCOTT, Bar #219930
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   OSCAR ANGEL GUTIERREZ

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:06-cr-00270 AWI
                                       )
12                     Plaintiff,      )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE HEARING; AND ORDER
13          v.                         )   THEREON
                                       )
14  OSCAR ANGEL GUTIERREZ,             )   Date:   February 5, 2007
                                       )   Time:  9:00 A.M.
15                     Defendant.      )   Judge: Hon. Anthony W. Ishii
                                       )
16  _____   )

17

18          **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19  respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20  scheduled for January 16, 2007, **may be continued to February 5, 2007 at 9:00 a.m.**

21          The grounds for the continuance are further defense investigation and  preparation and to allow the

22  defendant time to seek new counsel herein.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: January 11, 2007          By    /s/ Sheila K. Oberto
                                        SHEILA K. OBERTO
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: January 11, 2007          By  /s/ Melody M. Walcott
                                        MELODY M. WALCOTT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        OSCAR ANGEL GUTIERREZ

## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    January 12, 2007**              _/s/ Anthony W. Ishii_
0m8i78                          UNITED STATES DISTRICT JUDGE