IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
DEC 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. CR-F-06-270-AWI |
| ) | |
| vs. ) | ORDER EXONERATING BOND |
| ) | |
| OSCAR GUTIERREZ ) | |
| Defendant. ) | |
| _____) | |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

( ) The defendant's passport is ordered returned:

(XX) The property bond posted is exonerated and reconveyed: Deed #2006-0089940.

DATED: 12-29-09

_____
ANTHONY W. ISHII
Chief U.S. District Judge

9/26/96 exonbnd.frm

1