UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:06-CR-00270 JLT |
|---|---|
| Plaintiff, | |
| v. | **DETENTION ORDER** (Violation of Supervised Release) |
| OSCAR ANGEL GUTIERREZ. | |
| Defendant. | |

The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

☐ The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

☒ The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

This finding is based on the reasons stated on the record.

Dated:  **August 1, 2025**              /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE