| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | KARA R. OTTERVANGER, CA Bar #354424 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
OSCAR ANGEL GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00270-JLT |
| Plaintiff, | STIPULATION TO CONTINUE CONTESTED HEARING; [PROPOSED] ORDER |
| vs. | |
| OSCAR ANGEL GUTIERREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Kara R. Ottervanger, counsel for defendant Oscar Angel Gutierrez, that the contested hearing currently scheduled for August 25, 2025, at 9:00 a.m., be continued to September 22, 2025, at 11:00 a.m.

On August 20, 2025, a preliminary hearing was held in this matter before the Honorable Barbara A. McAuliffe. At that time, the Court found probable cause for the case to proceed, and the parties set the case for a contested hearing on August 25, 2025, at 9:00 a.m. Since that time, the government and probation have provided additional discovery to defense counsel. Defense counsel requires additional time to review the additional discovery and discuss it with Mr. Gutierrez prior to proceeding to a contested hearing.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties as well as the probation witnesses. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: August 22, 2025              */s/ David Gappa*
                                   DAVID GAPPA
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

                                   HEATHER E. WILLIAMS
                                   Federal Defender

Date: August 22, 2025              */s/ Kara R. Ottervanger*
                                   KARA R. OTTERVANGER
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   OSCAR ANGEL GUTIERREZ

## **O R D E R**

**IT IS HEREBY ORDERED** that the contested hearing on the supervised release violation petition is continued to September 22, 2025, at 11:00 a.m.

IT IS SO ORDERED.

Dated:   **August 22, 2025**

                                   _____
                                   UNITED STATES DISTRICT JUDGE