HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OSCAR ANGEL GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00270-JLT |
| Plaintiff, | STIPULATION AND ORDER TO VACATE CONTESTED HEARING ORDER |
| vs. | |
| OSCAR ANGEL GUTIERREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Kara R. Ottervanger, counsel for defendant Oscar Angel Gutierrez, that the contested hearing currently scheduled for September 22, 2025, at 11:00 a.m., may be vacated.

The parties have come to a resolution in this matter and Mr. Gutierrez is prepared to proceed to an admission hearing. The parties request that the Court schedule an admission / change of plea hearing for Wednesday, September 24, 2025, at 2:00 p.m. before the Honorable Shiela K. Oberto.

The requested date is a mutually agreeable date for both parties as well as probation. As this is a supervised release violation matter, no exclusion of time is necessary.

//

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: September 18, 2025

*/s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: September 18, 2025

*/s/ Kara R. Ottervanger*
KARA R. OTTERVANGER
Assistant Federal Defender
Attorney for Defendant
OSCAR ANGEL GUTIERREZ

## O R D E R

**IT IS HEREBY ORDERED** that the contested hearing on the supervised release violation petition scheduled for September 22, 2025, at 11:00 a.m. currently set before District Judge Jennifer L. Thurston is VACATED. An admission / change of plea hearing is scheduled for Wednesday, September 24, 2025, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **September 19, 2025**              */s/ Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE